AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 1399**

SUMMONS IN A CIVIL CASE

JEFFREY MOORE

V.

JAMES G. RUEHLMANN, JR., JAMES RUEHLMANN, SR., AND DONNA RUEHLMANN

CASE NUMBER:

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

JAMES RUEHLMANN, SR.
627 E. GARTNER ROAD
NAPERVILLE, IL 60540-7644
(630) 428-0978

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SOMMERS SCHWARTZ, P.C.
Andrew Kochanowski
Michael Cunningham
2000 Town Center, Ste. 900
Southfield, MI 48075

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

March 10, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>Wednesday March 12, 2008 |
| NAME OF SERVER (PRINT)<br>Kevin M. Read | TITLE<br>Special Process Server |

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the defendant. Place where served: Served at 627 E. Gartner Road
  Naperville, IL 60540-7644

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 12, 2008
              Date

Signature of Server

E. R. Kirby & Associates, 783 N. York Road, Elmhurst, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.