# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08C1399

JEFFREY MOORE vs. JAMES G. RUEHLMANN, JR.,
JAMES RUEHLMANN, SR., AND DONNA RUEHLMANN,
Jointly and Severally

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES G. RUEHLMANN, JR., JAMES RUEHLMANN, SR., AND DONNA RUEHLMANN, Jointly and Severally

| NAME (Type or print) |  |
|---|---|
| Lorenzo A. Mancini |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Lorenzo A. Mancini |  |
| FIRM |  |
| Norton Mancini & Weiler, |  |
| STREET ADDRESS |  |
| 109 N. Hale, PO Box 846 |  |
| CITY/STATE/ZIP |  |
| Wheaton, IL 60189-0846 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01746855 | 630-668-9440 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |