12296-LAM,JEK  F:\Lam\12296\pldgs\NOM040408.wpd  ATTY # 01746855

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFFREY MOORE,

    Plaintiff,

vs

JAMES G. RUEHLMANN, JR., JAMES RUEHLMANN, SR., AND DONNA RUEHLMANN, Jointly and Severally,

    Defendants.

No. 08C1399
Judge: Anderson
Magistrate Judge: Shenkier

## NOTICE OF MOTION

TO:  Andrew Kochanowski, Sommers Schwartz, PC, 2000 Town Center, Suite 900, Southfield, MI 48075-1100

On **17th** of **April, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable **Andersen** or any judge sitting in his stead, in **Courtroom 1403**, the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the attached **Motion to Enlarge**, at which time and place you may appear as you see fit to do.

NORTON, MANCINI & WEILER
Attorneys for Defendant
111 West Washington, Suite 835
Chicago, IL 60602-2793
312-807-4999    Attorney No. 01746855

STATE OF ILLINOIS  )
    ) SS
COUNTY OF COOK  )

**PROOF OF SERVICE**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct. The undersigned, being first duly sworn on oath, deposes and states that he/she served the above and foregoing Notice by depositing in the United States Mail at Chicago, Illinois, a true and correct copy thereof in a sealed envelope, first class, postage prepaid, addressed as indicated above or on attached service list, on the **7th** day of **April, 2008.**

/s/ Denise D. Hays