12296-LAM,JEK          F:\Lam\12296\pldgs\Motion to Enlarge.wpd   ATTY # U.S. District Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFFREY MOORE,

    Plaintiff,

vs

JAMES G. RUEHLMANN, JR., JAMES
RUEHLMANN, SR., AND DONNA
RUEHLMANN, Jointly and Severally,

    Defendants.

No. 08C1399
Judge: Anderson
Magistrate Judge: Shenkier

## **MOTION TO ENLARGE**

NOW COMES the Defendants, JAMES RUEHLMANN and DONNA RUELMANN, by and through their attorneys in this regard, **NORTON, MANCINI, & WEILER**, and hereby moves this Honorable Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for enlargement of time of fourteen (14) days to file an answer and/or responsive pleading to the Plaintiff's Complaint. In support of said Motion, Defendants states as follows:

    1.    That on March 10, 2008, the Plaintiffs filed their Complaint with this Honorable Court.

    2.    That the responsive pleadings of Defendants, JAMES RUEHLMANN and DONNA RUELMANN, were served with the Plaintiff's Complaint on or about March 12, 2008.

    3.    That defense counsel seeks an enlargement of time of fourteen (14) days so that the proper responsive pleadings to the Plaintiff's Complaint for damages can be prepared..

    4.    The defense counsel has spoken with the Plaintiffs 'counsel and was advised that

Plaintiff's counsel has no objection to this motion.

WHEREFORE, in light of the foregoing, Defendants, JAMES RUEHLMANN and DONNA RUELMANN, pray that this Court will enter an order granting it fourteen (14) days in which to file its responsive pleading.

                                  JAMES RUEHLMANN and DONNA RUELMANN

                                  By:    /s/Lorenzo A. Mancini

NORTON, MANCINI, & WEILER
109 North Hale, P. O. Box 846
Wheaton, IL  60189-0846
(630) 668-9440
F:\Lam\12296\pldgs\Motion to Enlarge.wpd