UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFFREY MOORE,

    Plaintiff,

-vs-                                                                       Case No. 08 C 1399
                                                                                                         Hon. William Andersen
                                                                                                        Magistrate Judge Shenkier

JAMES G. RUEHLMANN, JR., JAMES RUEHLMANN, SR.,
and DONNA RUEHLMANN, Jointly and Severally,

    Defendants.
_____

| SOMMERS SCHWARTZ, P.C. | NORTON, MANCINI & WEILER |
|---|---|
| Andrew Kochanowski (P55117) | Lorenzo Mancini |
| Michael J. Cunningham (P32795) | Attorneys for Defendants |
| Attorneys for Plaintiff | 109 North Hale, P.O. Box 846 |
| 2000 Town Center, Suite 900 | Wheaton, Illinois 60189-0846 |
| Southfield, Michigan 48075 | (630) 668-9440 |
| (248) 355-0300 | Attorney No. 01746855 |

CECIL F. BOYLE, JR. (ARDC 6250537)
Co-Counsel for Plaintiff
330 North Wabash Avenue, Suite 2900
Chicago, Illinois 60611
(312) 261-5167
_____

### APPEARANCE AND REQUEST TO BE ADDED TO ECF SERVICE LIST

TO:   Clerk of the Court
        All Counsel of Record

     Please file the Appearance of SOMMERS SCHWARTZ, P.C. and Michael J. Cunningham in the above-captioned action as counsel for Plaintiff.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300