UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFFREY MOORE,

    Plaintiff,

-vs-                                                  Case No. 08 C 1399
                                                              Hon. William Andersen
                                                              Magistrate Judge Shenkier

JAMES G. RUEHLMANN, JR., JAMES RUEHLMANN, SR.,
and DONNA RUEHLMANN, Jointly and Severally,

    Defendants.
_____

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | NORTON, MANCINI & WEILER |
| Andrew Kochanowski (P55117) | Lorenzo Mancini |
| Michael J. Cunningham  (P32795) | Attorneys for Defendants |
| Attorneys for Plaintiff | 109 North Hale, P.O. Box 846 |
| 2000 Town Center, Suite 900 | Wheaton, Illinois  60189-0846 |
| Southfield, Michigan 48075 | (630) 668-9440 |
| (248) 355-0300 | Attorney No. 01746855 |

CECIL F. BOYLE, JR. (ARDC 6250537)
Co-Counsel for Plaintiff
330 North Wabash Avenue, Suite 2900
Chicago, Illinois  60611
(312) 261-5167
_____

## APPEARANCE AND REQUEST TO BE ADDED TO ECF SERVICE LIST

TO:    Clerk of the Court
          All Counsel of Record

    Please file the Appearance of SOMMERS SCHWARTZ, P.C. and Michael J. Cunningham in the above-captioned action as counsel for Plaintiff.

PLEASE TAKE NOTICE that the undersigned now requests that the Court and the Parties ADD its name to the services list in Case Number 08 C 1399 proceeding as attorney for Plaintiff as follows:

        Respectfully submitted by:

        SOMMERS SCHWARTZ, P.C.

Dated: April 10, 2008

        s/Michael J. Cunningham
        Attorney for Plaintiff
        2000 Town Center, Suite 900
        Southfield, Michigan 48075
        (248) 355-0300
        mcunningham@sommerspc.com

### Certificate of Service

I hereby certify that on 4/11/08, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Cecil F. Boyle, Jr. – cboyle@pattonryan.com
Lorenzo Anthony Mancini – lmancini@nortonmancini.com

        /s Michael J. Cunningham
        2000 Town Center, Suite 900
        Southfield, MI 48075-1100
        Phone: (248) 355-0300
        mcunningham@sommerspc.com

LAW OFFICES
**SOMMERS SCHWARTZ, P.C.**
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300