# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jeffery Moore

                     Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–01399
　　　　　　　　　　　　　　　　　　　　Honorable Wayne R. Andersen

James G. Ruehlmann Jr., et al.

                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 17, 2008:

    MINUTE entry before Judge Honorable Wayne R. Andersen:Defendants motion for extension of time to answer [12] or otherwise plead to plaintiff's complaint is granted to 5/2/2008. Mailed notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.