# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jeffery Moore

                        Plaintiff,

v.                                                      Case No.: 1:08−cv−01399
                                                           Honorable Wayne R. Andersen

James G. Ruehlmann Jr., et al.

                        Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.


Dated: May 19, 2008

                                                                    /s/ Wayne R. Andersen

                                                                  United States District Judge