UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFFREY MOORE,      Case No. 08-1399
    Judge Andersen

   Plaintiff,

v.

JAMES G. RUEHLMANN, JR.,
JAMES G. RUEHLMANN, SR., and
DONNA RUEHLMANN, jointly and severally,

   Defendants.
_____/

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Andrew Kochanowski of the law firm of Sommers Schwartz, P.C. is voluntarily withdrawing as counsel for Plaintiff, Jeffrey Moore. Michael J. Cunningham of the law firm of Sommers Schwartz, P.C. will remain lead counsel for Plaintiff. Please remove attorney Andrew Kochanowski from this case, and from this Court's ECF distribution list regarding same.

   Respectfully submitted,

   s/Andrew Kochanowski (P55117)
   SOMMERS SCHWARTZ, P.C.
   2000 Town Center Drive, Suite 900
   Southfield, MI  48075-1100
   (248) 355-0300
   akochanowski@sommerspc.com

Dated:  May 30, 2008

**PROOF OF SERVICE**

I certify that on 5-30-08, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Cecil F. Boyle , Jr.**
cboyle@pattonryan.com

**Michael J. Cunningham**
mcunningham@sommerspc.com,dfish@sommerspc.com

**Lorenzo Anthony Mancini**
lmancini@nortonmancini.com,dhays@nortonmancini.com

        s/Andrew Kochanowski
        Sommers Schwartz, P.C.
        2000 Town Center, Suite 900
        Southfield, MI 48075
        (248) 355-0300
        akochanowski@sommerspc.com