# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jeffery Moore

                              Plaintiff,

v.                                                     Case No.: 1:08–cv–01399

                                                                       Honorable Wayne R. Andersen

James G. Ruehlmann Jr., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

       MINUTE entry before the Honorable Sidney I. Schenkier: The Court exempts the parties from compliance with Rule 26(a)(1). All discovery is to be completed by 12/15/08. (mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.