UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


JEFFREY MOORE,

        Plaintiff,

-vs-                                     Case No. 08 C 1399
                                           Hon. William Andersen

JAMES G. RUEHLMANN, JR., JAMES RUEHLMANN, SR.,
and DONNA RUEHLMANN, Jointly and Severally,

        Defendants.

_____

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C. | NORTON, MANCINI & WEILER |
| Andrew Kochanowski (P55117) | Lorenzo Mancini |
| Michael J. Cunningham  (P32795) | Attorneys for Defendants |
| Attorneys for Plaintiff | 109 North Hale, P.O. Box 846 |
| 2000 Town Center, Suite 900 | Wheaton, Illinois  60189-0846 |
| Southfield, Michigan 48075 | (630) 668-9440 |
| (248) 355-0300 | Attorney No. 01746855 |

CECIL F. BOYLE, JR. (ARDC 6250537)
Co-Counsel for Plaintiff
330 North Wabash Avenue, Suite 2900
Chicago, Illinois  60611
(312) 261-5167

_____

**PLAINTIFF'S REQUEST TO ADMIT DIRECTED
TO DEFENDANT JAMES RUEHLMANN, JR. PURSUANT TO FRCP 36**

     NOW COMES Plaintiff, JEFFREY MOORE, by and through his attorneys, SOMMER

SCHWARTZ, P.C., and pursuant to FRCP 36, requests that Defendant, JAMES

RUEHLMANN, JR., admit the truth to the following statements, within the next thirty (30) days.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER  •  SUITE 900  •  SOUTHFIELD, MICHIGAN 48075  •  (248) 355-0300




1.    That on March 19, 2007, Defendant, JAMES RUEHLMANN, JR., was the operator of a 2000 Jeep Grand Cherokee bearing Ohio License Plate Number CEM 5870, with Plaintiff, JEFFREY MOORE, as a passenger, and was proceeding westbound on Broadway Avenue at the intersection of 19th Avenue South, in the City of Nashville, State of Tennessee.

**RESPONSE:**

2.    That on March 19, 2007, Defendant, JAMES RUEHLMANN, JR., owed Plaintiff, JEFFREY MOORE, the duty to operate said vehicle in a careful and prudent manner, in accordance with the statutes of the State of Tennessee, pertaining the operation of a motor vehicle upon the highway.

**RESPONSE:**

3.    That on March 19, 2007, Defendant, JAMES RUEHLMAN, JR., breached his duty to the Plaintiff, JEFFREY MOORE, by going through a red light at the intersection of Broadway Avenue and 19th Avenue South in the City of Nashville, State of Tennessee.

**RESPONSE:**

4.    That as a result of going through the red light at the intersection of Broadway Avenue and 19th Avenue South, the Defendant, JAMES RUEHLMANN, JR., caused a collision to occur with another vehicle in the intersection, thereby resulting in physical injury to Plaintiff, JEFFREY MOORE.

LAW OFFICES
**SOMMERS SCHWARTZ, P.C.**
2000 TOWN CENTER  •  SUITE 900  •  SOUTHFIELD, MICHIGAN 48075  •  (248) 355-0300



**RESPONSE:**

Respectfully submitted,

SOMMERS SCHWARTZ, P.C.

/s Michael J. Cunningham P32795
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, MI  48075-1100
(248) 355-0300
mcunningham@sommerspc.com

Dated:  August 21, 2008



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


JEFFREY MOORE,

      Plaintiff,

-vs-                                  Case No. 08 C 1399
                                        Hon. William Andersen

JAMES G. RUEHLMANN, JR., JAMES RUEHLMANN, SR.,
and DONNA RUEHLMANN, Jointly and Severally,

      Defendants.
_____

SOMMERS SCHWARTZ, P.C.           NORTON, MANCINI & WEILER
Andrew Kochanowski (P55117)       Lorenzo Mancini
Michael J. Cunningham  (P32795)    Attorneys for Defendants
Attorneys for Plaintiff              109 North Hale, P.O. Box 846
2000 Town Center, Suite 900       Wheaton, Illinois  60189-0846
Southfield, Michigan 48075        (630) 668-9440
(248) 355-0300                 Attorney No. 01746855

CECIL F. BOYLE, JR. (ARDC 6250537)
Co-Counsel for Plaintiff
330 North Wabash Avenue, Suite 2900
Chicago, Illinois  60611
(312) 261-5167
_____

### CERTIFICATE OF SERVICE

I hereby certify that on , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

       /s Michael J. Cunningham P32795
       2000 Town Center, Suite 900
       Southfield, MI  48075-1100
       (248) 355-0300
       mcunningham@sommerspc.com